■ In the Matter of the Election of a Director and Officers of WILLIAMS BROTHERS COMPANY. FRANK J. MAGUIRE et al., Appellants; ROBERT A. WILLIAMS et al., Respondents.— Order affirmed, $50 costs and disbursements. A new election to fill the vacancy on the board of directors created by the resignation of Ferdinand B. Williams shall be held by the stockholders of Williams Brothers Company at the place of business of said corporation on the 6th day of February, 1957, at 7:30 P.M., and a new election of all officers of said corporation shall be held at a meeting of the directors of said corporation, at its place of business, immediately following the aforesaid election of one (1) director to fill the vacancy in said board of directors created by the resignation of Ferdinand B. Williams. Due notices of such meetings shall be given in accordance with statute and the by-laws of said corporation. All concur. (Appeal from an order of Niagara Special Term setting aside the election of Frank J. Maguire as director of Williams Brothers Company, and the election of officers, and directing a new election to fill vacancy on the board of directors and a new election of officers of the corporation following the election of the director.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JOHN RICKERSON, Appellant.— Motion to appeal on handwritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH F. BARONE, Appellant — Motion to appeal on original record and typewritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ JOSEPH H. BIBEN, Respondent, v. JESSE HIRSH et al., Appellants, et al., Defendant.— Motion granted and appeal from order entered September 25, 1956 dismissed, with $10 motion costs, on the ground that the appeal was not taken within the time required by law.

■ JOSEPH H. BIBEN, Respondent, v. JESSE HIRSH et al., Appellants, et al., Defendants. — Motion granted and appeal from order entered November 30, 1956 dismissed, with $10 motion costs, on the ground that the order is not appealable.

■ HOWARD A. ALEXANDERSON et al., Respondents, v. ARTHUR E. CLEMONS, JR., et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ULYSSES KEMP, Appellant.— Motion granted and appeal dismissed.

■ The PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE REVEZZO, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GREENE, Appellant.—Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RANDOLPH HARPER, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on typewritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD BENEDICT, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to appeal on original record and handwritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK FANARA, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original record and handwritten briefs and for other relief denied on the ground that the papers fail to show merit to the appeal.